Mary K. Hoar, as Administratrix, etc., of Eliza D. Kerr, Deceased, Plaintiff, v. The Union Mutual Life Insurance Company, Defendant.— Plaintiff's motion for a new trial is denied. All concurred, except Smith, P. J., dissenting. Defendant's motion for a new trial is denied. All concurred, except Kellogg and Sewell, JJ., dissenting. No costs allowed to either party.

Clara M. Ives, Respondent, v. The Town of. Sidney, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless plaintiff will stipulate to reduce the verdict to $1,000, in which case the judgment and order may stand affirmed, without costs to either party. All concurred, except Sewell, J., who voted for reversal without condition.

Olive King, as Administratrix, etc., of Evangeliste King, Deceased, Respondent, v. Benson Mines Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Eddie Leazott, Respondent, v. William Dame, Appellant.— Judgment unanimously affirmed, with costs.

Linus D. Meacham, Jr., Respondent, v. Lee Osborne, Appellant.— Judgment affirmed, with costs. All concurred, except Cochrane, J., dissenting.

In the Matter of the Probate of the Last Will and Testament of Sarah M. Barnes, Deceased. Charles A. Barnes, Appellant; Erastus Finney, as Executor, etc., of Sarah M. Barnes, Deceased, Respondent.— Decree unanimously affirmed, with costs.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, Respondents, to Acquire Real Estate, etc., in the Towns of Gardiner, Plattekill and Shawangunk, Ulster County, New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. Daniel B. Deyo, Claimant, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc., in the Towns of Olive, Marbletown and Hurley, Ulster County, New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. The Award Company, Appellant; William Chauncey Preston and Others, Respondents. (Ashokan Reservoir, Section No. 9, Parcel No. 385.) — Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., dissenting.

In the Matter of the Application of George W. Dunn and Others, Receivers of Hudson River Electric Company, Respondents, to Compel the Substitution of Abram J. Rose and George B. Curtiss in the Place and Stead of Edgar T. Brackett, Appellant, as Attorney for the Defendant in the Action Entitled as Follows: Supreme Court, Warren County. Mary R. Hebert, as Administratrix of Edward H. Hebert, Deceased, v. Hudson River Electric Company.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Oliver J. Matthews, as Assignee for the Benefit of Creditors of Margaret L. Wildes, Appellant, v. The Herald Company of Binghamton, Respondent.— Order unanimously affirmed, with costs.